IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03328-WYD-KLM

SALLY RUMPF, and
LOUIS RUMPF,

    Plaintiffs,

v.

SUNLIGHT, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Attend Scheduling Conference by Telephone** [#13] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on April 6, 2015 at 10:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated: April 1, 2015