IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03328-WYD-KLM

SALLY RUMPF and LOUIS RUMPF,

    Plaintiffs,

v.

SUNLIGHT, INC.,

    Defendant.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| STROMBERG STOCK, PLLC | DAVIS GRAHAM & STUBBS LLP |
|---|---|
| *s/ Michael G. Brownlee* | *s/ Jordan Lipp* |
| Aric Stock | Jordan Lipp |
| Michael G. Brownlee | 1550 17th Street, Suite 500 |
| 8750 North Central Expy, Suite 625 | Denver, CO 80202 |
| Dallas, TX 75231 | Telephone: (303) 892-9400 |
| Telephone: (972) 458-5353 | Facsimile: (303) 893-1379 |
| Facsimile: (972) 861-5339 | Email: Jordan.Lipp@dgslaw.com |
| Email: Michael@strombergstock.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

**SO ORDERED**

Dated: April 22, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge