IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03328-WYD-KLM

SALLY RUMPF, and
LOUIS RUMPF,

     Plaintiffs,

v.

SUNLIGHT, INC.,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Unopposed Motion to Vacate and Reset Pre-trial Conference** [#41] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. Accordingly,

     IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 29, 2016 at 11:00 a.m. is **VACATED** and **RESET** to **January 26, 2016** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 19, 2016**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

     Dated:  January 5, 2016