IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  14-cv-03328-WYD-KLM

SALLY RUMPF & LOUIS RUMPF,

    Plaintiffs,

v.

SUNLIGHT, INC.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On February 5, 2016, Defendant filed its Renewed Motion to Transfer Case to Grand Junction for Purposes of Trial (ECF No. 51).  The Defendant's motion for summary judgment, which was recently fully briefed, is currently pending before this Court.  Accordingly, the motion to transfer case is not ripe, and is therefore **DENIED WITHOUT PREJUDICE** and may be refiled, if appropriate, once the Court resolves the motion for summary judgment.

    Dated:  February 11, 2016